Howard Greenberg, Esq.<br>
86 Court Street<br>
Brooklyn, New York 11201<br>
Office: 718-797-1800<br>
Fax: 718-797-1855<br>
Cell: 917-716-6416

December 3, 2014

<u>Via ECF</u>

Honorable Nicholas G. Garaufis<br>
District Court Judge<br>
Eastern District of New York<br>
225 Cadman Plaza East<br>
Brooklyn, New York 11201

<u>Re: Trevelle Merritt (1:11-CR-00377)</u>

Judge Garaufis,

    Some months ago at a status conference the Court direct that the defendant receive treatment for a back ailment. Lo these several months later the treatment has not happened. I'm bringing this to the Government's and Court's attention in hope that something can be done to rectify the matter.

Very Truly Yours,<br><br>
<em>[signature]</em><br>
Howard Greenberg, Esq.

Cc: AUSA Berit Berger